IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MANUEL FERNANDEZ-TORRES,**<br><br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent. | **Civil No.** 14-1025(DRD) |

### JUDGMENT

Pursuant to the Court's *Opinion and Order* of this same date (Docket No. 17), the Court hereby enters a final judgment **DISMISSING THE INSTANT PETITION (DOCKET NO. 1) WITH PREJUDICE.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico this 22nd day of July, 2016.

*/s/ Daniel R. Dominguez*
Senior U.S. District Judge